IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

TERRY G. TAYLOR,

          Petitioner,

v.                                       CIVIL ACTION NO. 5:04-cv-001103
                                             (Criminal No. 5:01-cr-00006-01)

UNITED STATES,

          Respondent.

**JUDGMENT ORDER**

      By Standing Order entered on July 21, 2004, and filed in this case on October 14, 2004, this action was referred to United States Magistrate Judge R. Clarke VanDervort for submission of proposed findings and a recommendation ["PF&R"]. Magistrate Judge VanDervort filed his PF&R on February 6, 2008 [Docket 104]. In that filing, the magistrate judge recommended that this Court deny Petitioner's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence and dismiss this action.

      The Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Here, objections to Magistrate Judge VanDervort's PF&R were due by February 25, 2008, pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). Petitioner has failed to object to the PF&R.

Having reviewed the Proposed Findings and Recommendation filed by Magistrate Judge VanDervort, the Court adopts the findings and recommendations contained therein. Accordingly, the Court hereby **DENIES** Petitioner's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence. This case is **DISMISSED** and the Clerk is directed to **REMOVE** it from the Court's docket. The Clerk is further directed to mail a certified copy of this Judgment Order to all counsel of record, Petitioner, *pro se*, and a copy to Magistrate Judge VanDervort.

        ENTER:    February 26, 2008

_____
THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE